Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157

Attorneys for Plaintiff
Arleen T. Lizaso

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARLEEN T. LIZASO, | Case No.: 2:17-cv-02445-RFB-VCF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Arleen T. Lizaso ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 13, 2018     Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING

                    /s/ *Cyrus Safa*
          BY:_____
                    Cyrus Safa
                    Attorney for plaintiff Arleen T. Lizaso

DATE: June 13, 2018

                    DAYLE ELIESON
                    United States Attorney

                    /s/ *Daniel P. Talbert*
                    _____
                    DANIEL P. TALBERT
                    Special Assistant United States Attorney
                    Attorneys for Defendant Nancy A. Berryhill,
                    Acting Commissioner of Social Security
                    (Per e-mail authorization)

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day June, 2018.

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:17-CV-02445-RFB-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 14, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff